B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Rogowski, Andrzej Z | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Rogowski, Edyta M |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Andy Rogowski | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Edith Rogowski; FKA Edyta Zubel |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-2648 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-9370 |
| Street Address of Debtor (No. and Street, City, and State):<br>1515 W. Huron<br>Chicago, IL     ZIP Code 60606 | Street Address of Joint Debtor (No. and Street, City, and State):<br>1515 W. Huron<br>Chicago, IL     ZIP Code 60606 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>   ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>   ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Rogowski, Andrzej Z<br>Rogowski, Edyta M |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /s/ Richard K. Gustafson, II, Macey Bankruptcy Law  February 15, 2013<br>Signature of Attorney for Debtor(s)                    (Date)<br>Richard K. Gustafson, II, Macey Bankruptcy Law #621 |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <div align="center">_____<br>(Name of landlord that obtained judgment)</div> |
| <div align="center">_____<br>(Address of landlord)</div> |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Rogowski, Andrzej Z
Rogowski, Edyta M

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Andrzej Z Rogowski**
Signature of Debtor  Andrzej Z Rogowski

X **/s/ Edyta M Rogowski**
Signature of Joint Debtor Edyta M Rogowski

Telephone Number (If not represented by attorney)

February 15, 2013
Date

### Signature of Attorney*

X **/s/ Richard K. Gustafson, II, Macey Bankruptcy Law**
Signature of Attorney for Debtor(s)

Richard K. Gustafson, II, Macey Bankruptcy Law #621
Printed Name of Attorney for Debtor(s)

Macey Bankruptcy Law, P.C.
Firm Name

Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606

Address

(312) 467-0004  Fax: (312) 467-1832
Telephone Number

February 15, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Andrzej Z Rogowski      Edyta M Rogowski

              Debtor(s)

Case No. _____

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■   1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                      Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Andrzej Z Rogowski
Andrzej Z Rogowski

Date:   February 15, 2013

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Andrzej Z Rogowski
_____Edyta M Rogowski_____     Case No. _____
                                    Debtor(s)         Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Edyta M Rogowski
                                  Edyta M Rogowski

Date:   February 15, 2013

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re   Andrzej Z Rogowski,                                    Case No. _____
        Edyta M Rogowski
        _____,            Chapter _____7_____
                                        Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,968,125.00 | | |
| B - Personal Property | Yes | 4 | 36,450.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 4,177,653.45 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 66,724.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 465,221.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 14,150.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 18,493.00 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| Total Assets | | | 2,004,575.00 | | |
| Total Liabilities | | | | 4,709,599.20 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    Andrzej Z Rogowski,        Case No. _____
Edyta M Rogowski

_____ ,
Debtors        Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Andrzej Z Rogowski,                                    Case No. _____
         Edyta M Rogowski

_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residential real estate located at 1515 W. Huron Street, Chicago IL 60606 <br> Value based on Comparative Market Analysis | Fee Simple | - | 838,125.00 | 1,000,000.00 |
| Real estate located at 1526 Chicago Ave., Chicago IL 60642 (Office property) <br> Value based on Comparative Market Analysis | Fee Simple | H | 110,000.00 | 140,000.00 |
| Vacant Lot: 1524 Chicago Ave., Chicago IL 60642 <br> Lot has zero value based on Comparative Market Analysis | Fee Simple | H | 0.00 | 400,000.00 |
| Real estate located at 1516 W. Huron St., Chicago IL 60642 <br> Value based on Comparative Market Analysis | Fee Simple | J | 375,000.00 | 1,208,949.00 |
| Real estate located at 1518 Huron St., Chicago IL 60642 <br> Value based on Comparative Market Analysis | Fee Simple | J | 322,500.00 | 1,103,704.45 |
| Real estate located at 1520 W. Huron St., Chicago IL 60642 <br> Value based on Comparative Market Analysis <br> After broker's commissions and costs of sale, there would be no proceeds available to disburse to unsecured creditors. | Fee Simple | H | 322,500.00 | 311,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,968,125.00 | (Total of this page) |
| Total > | 1,968,125.00 | |
|  | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re  Andrzej Z Rogowski,                                          Case No. _____
       Edyta M Rogowski

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with MB Financial | J | 100.00 |
| | | Checking account with MB Financial | W | 100.00 |
| | | PNC Checking account | H | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 3 bedroom sets, sofas (2), loveseat, Televisions (4), DVD Player, Stereo, Dining room furniture, small kitchen appliances, silverware, and dishes | J | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal used clothing | - | 600.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | MetLife - Term Life Insurance (Husband) - no cash surrender value | H | 0.00 |
| | | MetLife Term life insurance (Wife) - no cash value | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          10,850.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     Andrzej Z Rogowski,                                          Case No. _____
          Edyta M Rogowski

_____,
                        Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Aster, Inc. a/k/a Aster Remodeling - Husband owns 100% of the shares of the corporation. Corporation, when it was operating, providing home remodeling and contracting services. It was founded in 1996. It is currently not operating. It owns no equipment or inventory. It is owed some money from some former customers about $200,000 which is uncollectible (customers filed bankruptcy and have defaulted on loans). Aster is in debt approximately $200,000 to various sub-contractors and former customers. | H | 0.00 |
| | | Husband is 100% owner of Wild Development, LLC. It was a contracting business for new construction. It owns no equipment or inventory and holds no accounts receivable. It owes ABC Remodelers about $30,000 - $40,000 (a supplier). | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Debtors do not anticipate receiving any tax refunds. | J | 0.00 |

Sub-Total >            0.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                                      Case No. _____
         Edyta M Rogowski
                                                                    ,
                                    Debtors
                        **SCHEDULE B - PERSONAL PROPERTY**
                                (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 BMW X5 4D Sport Utility with 151,544 miles - value based on in-person inspection and valuation by CarMax, less amount needed for repairs on the vehicle<br><br>Vehicle is in need of significant repairs in the approximate amount of $1,900.00 | H | 4,600.00 |
| | | 2007 Land Rover Range Rover 4D Sport Utility HS with 52,833 miles - value based on in-person review and appraisal performed by CarMax, less amount of repairs needed on the vehicle<br><br>Vehicle is in need of significant repairs in the approximate amount of $6,000.00 | J | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >          24,600.00
(Total of this page)

Sheet  2  of  3   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                            Case No. _____
          Edyta M Rogowski

                                          Debtors                    ,

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Hand & Power Tools | - | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total ><br>(Total of this page) | 1,000.00 |
|---|---|---|
|  | Total > | 36,450.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   Andrzej Z Rogowski,
          Edyta M Rogowski

Case No. _____

                                                    ,
                        Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter
with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residential real estate located at 1515 W. Huron Street, Chicago IL 60606 Value based on Comparative Market Analysis | 735 ILCS 5/12-901 | 30,000.00 | 838,125.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with MB Financial | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Checking account with MB Financial | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| PNC Checking account | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| 3 bedroom sets, sofas (2), loveseat, Televisions (4), DVD Player, Stereo, Dining room furniture, small kitchen appliances, silverware, and dishes | 735 ILCS 5/12-1001(b) | 1,950.00 | 10,000.00 |
| **Wearing Apparel** | | | |
| Personal used clothing | 735 ILCS 5/12-1001(a) | 600.00 | 600.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 BMW X5 4D Sport Utility with 151,544 miles - value based on in-person inspection and valuation by CarMax, less amount needed for repairs on the vehicle | 735 ILCS 5/12-1001(b) | 4,600.00 | 4,600.00 |
| Vehicle is in need of significant repairs in the approximate amount of $1,900.00 | | | |
| 2007 Land Rover Range Rover 4D Sport Utility HS with 52,833 miles - value based on in-person review and appraisal performed by CarMax, less amount of repairs needed on the vehicle | 735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b) | 4,800.00 1,200.00 | 20,000.00 |
| Vehicle is in need of significant repairs in the approximate amount of $6,000.00 | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Hand & Power Tools | 735 ILCS 5/12-1001(d) | 1,000.00 | 1,000.00 |

|  | Total: | 44,400.00 | 874,575.00 |
|---|---|---|---|

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Andrzej Z Rogowski,                                                      Case No. _____
         Edyta M Rogowski,
_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.  Colony LLC.AMC c/o William Serritella, Jr. 330 N Wabash Ave #1700 Chicago, IL 60611 | | | J | 9/11  First Mortgage  Residential real estate located at 1515 W. Huron Street, Chicago IL 60606 Value based on Comparative Market Analysis | | | | | |
| | | | | Value $               838,125.00 | | | | 800,000.00 | 0.00 |
| Account No.  Colony, LLC c/o William Serritella, Jr. 330 N Wabash Ave #1700 Chicago, IL 60611 | | | J | 9/11  Home Equity Line of Credit  Residential real estate located at 1515 W. Huron Street, Chicago IL 60606 Value based on Comparative Market Analysis | | | | | |
| | | | | Value $               838,125.00 | | | | 200,000.00 | 161,875.00 |
| Account No.  Colony, LLC c/o William Seritella, Jr. 330 N Wabash Ave #1700 Chicago, IL 60611 | | | J | 2006  Home Equity Line of Credit  Real estate located at 1516 W. Huron St., Chicago IL 60642 Value based on Comparative Market Analysis | | | | | |
| | | | | Value $               375,000.00 | | | | 1,100,000.00 | 833,949.00 |
| Account No.  Colony, LLC c/o William Seritella, Jr. 330 N Wabash Ave #1700 Chicago, IL 60611 | | | J | 2005  Mortgage  Real estate located at 1518 Huron St., Chicago IL 60642 Value based on Comparative Market Analysis | | | | | |
| | | | | Value $               322,500.00 | | | | 1,100,000.00 | 777,500.00 |

____2____  continuation sheets attached

Subtotal
(Total of this page)

| 3,200,000.00 | 1,773,324.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   Andrzej Z Rogowski,                                            Case No. _____
        Edyta M Rogowski

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | Lien on Vehicle 2007 Land Rover Range Rover 4D Sport Utility HS with 52,833 miles - value based on in-person review and appraisal performed by CarMax, less amount of repairs needed on the vehicle Vehicle is in need of significant repairs in the approxim | | | | | |
| Edward Zubel 1526 W. Chicago Ave. Chicago, IL 60642 | | | J | | | | | | | |
| | | | | | Value $             20,000.00 | | | | 14,000.00 | 0.00 |
| Account No. | | | | | 2007 Mortgage Real estate located at 1520 W. Huron St., Chicago IL 60642 Value based on Comparative Market Analysis After broker's commissions and costs of sale, there would be no proceeds available | | | | | |
| Heritage Foundation 2347 W. Chicago Ave. Chicago, IL 60622 | | H | | | | | | | | |
| | | | | | Value $            322,500.00 | | | | 276,000.00 | 0.00 |
| Account No. | | | | | 2007 Second Mortgage Real estate located at 1520 W. Huron St., Chicago IL 60642 Value based on Comparative Market Analysis After broker's commissions and costs of sale, there would be no proceeds available | | | | | |
| Heritage Foundation 2347 W Chicago Ave. Chicago, IL 60622 | | | J | | | | | | | |
| | | | | | Value $            322,500.00 | | | | 35,000.00 | 0.00 |
| Account No. | | | | | 2009 Tax Lien Real estate located at 1518 Huron St., Chicago IL 60642 Value based on Comparative Market Analysis | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | J | | | | | | | |
| | | | | | Value $            322,500.00 | | | | 3,704.45 | 3,704.45 |
| Account No. xxxxx8690 | | | | | 1995 Mortgage Real estate located at 1516 W. Huron St., Chicago IL 60642 Value based on Comparative Market Analysis | | | | | |
| MB Financial Bank P.O. Box 6261 Chicago, IL 60680-6261 | | | J | | | | | | | |
| | | | | | Value $            375,000.00 | | | | 108,949.00 | 0.00 |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    437,653.45          3,704.45

B6D (Official Form 6D) (12/07) - Cont.

In re    Andrzej Z Rogowski,                         Case No. _____

           Edyta M Rogowski

                                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 6/2009 | | | | | |
| Provider's Investors 2347 W Chicago Ave. Chicago, IL 60622 | | J | | Mortgage Vacant Lot: 1524 Chicago Ave., Chicago IL 60642 Lot has zero value based on Comparative Market Analysis | | | | | |
| | | | | Value $           0.00 | | | | 400,000.00 | 400,000.00 |
| Account No. | | | | 6/10/08 | | | | | |
| Ridgestone Bank 13925 W. North Avenue Brookfield, WI 53005 | | H | | Mortgage Real estate located at 1526 Chicago Ave., Chicago IL 60642 (Office property) Value based on Comparative Market Analysis | | | | | |
| | | | | Value $           110,000.00 | | | | 140,000.00 | 30,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 540,000.00 | 430,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 4,177,653.45 | 2,207,028.45 |

B6E (Official Form 6E) (4/10)

.

In re  Andrzej Z Rogowski,                                                    Case No. _____
       Edyta M Rogowski

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    ___1___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Andrzej Z Rogowski,                                      Case No. _____
         Edyta M Rogowski,
_____
                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx6381 Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | J | 2010 & 2011 Trust fund tax (FICA and Social Security) | | | | 63,309.00 | 0.00 | 63,309.00 |
| Account No. xxxxxx6045 Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | J | 2011 Taxes | | | | 3,415.00 | 0.00 | 3,415.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet _1__ of _1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 66,724.00 | 0.00 66,724.00 |
| Total (Report on Summary of Schedules) | 66,724.00 | 0.00 66,724.00 |

B6F (Official Form 6F) (12/07)

In re    Andrzej Z Rogowski,    Case No. _____
Edyta M Rogowski,

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1097<br><br>ABT<br>1200 N Milwaukee Ave.<br>Glenview, IL 60025 | J | | 2011<br>account | | | | 979.61 |
| Account No. xxxxxxx4176<br><br>ACB American, Inc.<br>PO Box 2548<br>Cincinnati, OH 45201-0177 | J | | 03/21/2011<br>Collection | | | | 702.74 |
| Account No. xxxxxx8673<br><br>American Medical Collection Agency<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | J | | 07/06/2009<br>Collection | | | | 1,053.00 |
| Account No. xxxxx-xxxx-xx-x0566<br><br>Ameristar Casino East Chicago, LLC<br>c/o Genetos, Retson & Yoon, LLP<br>8585 Broadway, Ste. 480<br>Merrillville, IN 46410 | H | | 12/10<br>Marker | | | | 10,350.00 |

|  |  |
|---|---|
| __27__ continuation sheets attached | Subtotal<br>(Total of this page)    13,085.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                                    Case No. _____
         Edyta M Rogowski

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xx xx x7207<br><br>Aronberg Goldgehn Davis and Garmisa<br>330 N. Wabash Ave., Ste. 1700<br>Chicago, IL 60611 | | J | | notice | | | | 0.00 |
| Account No.<br><br>ARS National Services<br>POBox 463023<br>Escondido, CA 92046 | | J | | notice | | | | 0.00 |
| Account No. xxxxxx0361<br><br>Associated Receivable<br>1058 Claussen Rd Ste 110<br>Augusta, GA 30907 | | H | | 10 Comed 26499 | | | | 635.00 |
| Account No.<br><br>Associated Recovery Systems<br>PO Box 469046<br>Escondido, CA 92046 | | J | | notice | | | | 0.00 |
| Account No. xxx9875<br><br>AT&T Yellowpages<br>c/o Mann and Creed<br>20600 Chagrin Blvd., Ste. 550<br>Beachwood, OH 44122 | | J | | account | | | | 514.76 |

Sheet no. __1__ of __27__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)            1,149.76

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                    Case No. _____
         Edyta M Rogowski
                                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx7486 <br><br> Bank Of America <br> Attn: Bankruptcy NC4-105-0314 <br> Po Box 26012 <br> Greensboro, NC 27410 | | H | | Opened 8/01/06 Last Active 12/31/10 ChargeAccount | | | | 9,778.00 |
| Account No. xxxx-xxxx-xxxx-1814 <br><br> Bank of America <br> c/o Calvary Portfolio Services, LLC <br> PO Box 1017 <br> Hawthorne, NY 10532 | | H | | 05-11 <br> Credit card purchases | | | | 26,946.41 |
| Account No. x1448 <br><br> Barr Management <br> 6408 N. Western Ave <br> Chicago, IL 60645 | | J | | 04/01/2011 <br> Bad Check | | | | 205.00 |
| Account No. x0636 <br><br> Barr Management <br> 6408 N. Western Ave <br> Chicago, IL 60645 | | J | | 12/31/2009 <br> Bad Check | | | | 25.00 |
| Account No. x1448 <br><br> Barr Management <br> 6408 N. Western Ave <br> Chicago, IL 60645 | | J | | 04/01/2011 <br> Bad Check | | | | 205.00 |

Sheet no. __2___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                37,159.41

B6F (Official Form 6F) (12/07) - Cont.

In re   Andrzej Z Rogowski,                                                    Case No. _____
        Edyta M Rogowski

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. x0962<br><br>Barr Management<br>6408 N. Western Ave<br>Chicago, IL 60645 | | J | | 08/11/2011<br>Bad Check | | | | 25.00 |
| Account No. xx0209<br><br>Barr Management<br>6408 N. Western Ave<br>Chicago, IL 60645 | | J | | 08/11/2011<br>Bad Check | | | | 1,050.00 |
| Account No. xxx0235<br><br>Blatt, Hassenmiller, Leibsker & Moore LLC<br>125 South Wacker Dr, Suite 400<br>Chicago, IL 60606 | | J | | 01/24/2012<br>Collection- Capital One Bank | | | | 3,798.77 |
| Account No. xxxx6158<br><br>Bloomingdales<br>c/o Northland Group<br>PO box 390846<br>Minneapolis, MN 55439 | | J | | account | | | | 199.49 |
| Account No.<br><br>BML<br>6408 N Western Ave.<br>Chicago, IL 60645 | | J | | account | | | | 205.00 |

Sheet no. __3___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,278.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                                Case No. _____
         Edyta M Rogowski

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8515 <br><br> Broadcast Music Inc. <br> c/o Performance Source Inc. <br> PO Box 1905 <br> Highland Park, IL 60035 | | J | | 05/17/2012 <br> Collection | | | | 6,000.00 |
| Account No. <br><br> Burke, Warren, MacKay <br> 330 North Wabash Ave., 22nd Floor <br> Chicago, IL 60611 | | J | | notice | | | | 0.00 |
| Account No. xxxxxx03-66 <br><br> Cac Financial Corp <br> 2601 NW Expressway <br> Suite 1000 E <br> Oklahoma City, OK 73112 | | J | | 05/10/2011 <br> Collection | | | | 1,825.08 |
| Account No. <br><br> Calvary Portfolio Services <br> PO Box 1017 <br> Hawthorne, NY 10532 | | J | | notice | | | | 0.00 |
| Account No. xxxxxxxxxxxx4944 <br><br> Cap One <br> Po Box 5253 <br> Carol Stream, IL 60197 | | H | | Opened  1/01/12  Last Active  6/12/12 <br> CreditCard | | | | 396.00 |

Sheet no. __4___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,221.08

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
         Edyta M Rogowski

Case No. _____

_____,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | notice | | | | |
| Capital Management Services 726 Exchange Street - Suite 700 Buffalo, NY 14210 | | J | | | | | | 0.00 |
| Account No. xxxxxxxxxxxx3668 | | | | Opened  2/01/02  Last Active  5/26/10 CreditCard | | | | |
| Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | W | | | | | | 5,219.00 |
| Account No. xxxxxxxxxxxx8344 | | | | Opened  1/01/12  Last Active  6/28/12 CreditCard | | | | |
| Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | H | | | | | | 479.00 |
| Account No. xxxxxxxxxxxx3187 | | | | Opened  1/01/12  Last Active  6/28/12 CreditCard | | | | |
| Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | W | | | | | | 469.00 |
| Account No. xx1619 | | | | charge account | | | | |
| Card Gard c/o Alternative Recovery Mgt 8204 Parkway Dr., Ste. 9 La Mesa, CA 91942 | | J | | | | | | 1,057.34 |

Sheet no. _5_ of _27_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,224.34

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
        Edyta M Rogowski

Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxx8881 | | | | 06/06/2012 Collection | | | | |
| Cardservice International LLC PO Box 17548 Denver, CO 80217 | | | J | | | | | 138.06 |
| Account No. xxxx9329 | | | | 12/27/2010 Collection- DS Waters of America, Inc. | | | | |
| CBA PO Box 5013 Hayward, CA 94540 | | | J | | | | | 784.64 |
| Account No. xxxxxx6004 | | | | 01/24/2012 Collection | | | | |
| CCI PO Box 212489 Augusta, GA 30917 | | | J | | | | | 634.59 |
| Account No. xxxxxxxx-xxx-xx0-CH6 | | | | 4/04-2011 CreditCard | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | W | | | | | | 1,715.00 |
| Account No. xxxx-xxxx-xxxx-8836 | | | | charge account | | | | |
| Chase c/o ARS National Services PO Box 463023 Escondido, CA 92046 | | | J | | | | | 370.28 |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,642.57

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                          Case No. _____
         Edyta M Rogowski

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx50-75 | | | | account | | | | |
| Chase c/o Weltman, Weinberg and Reis 444 Hwy 96 E, PO Box 64886 Saint Paul, MN 55164 | | J | | | | | | 1,906.83 |
| Account No. xxxxxxx-xxxxxxxxxxxxxx5439 | | | | charge account | | | | |
| Chase c/o Tiburon Financial LLC PO Box 770 Boys Town, NE 68010 | | J | | | | | | 1,112.30 |
| Account No. xxxxxxxxxxxxxx4630 | | | | charge account | | | | |
| Chase c/o Tiburon Financial PO Box 770 Boys Town, NE 68010 | | J | | | | | | 485.38 |
| Account No. xxxxxxxxxxxxxx9110 | | | | 05/24/2012 Credit card | | | | |
| Chase Bank 340 S. Cleveland Ave Westerville, OH 43081 | | J | | | | | | 269.00 |
| Account No. 2307 | | | | 12/07/2010 Bad Check | | | | |
| Chicago Department of Revenue Accounts Receivable Division 121 N. LaSalle Chicago, IL 60602 | | J | | | | | | 409.00 |

Sheet no. __7__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,182.51

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
         Edyta M Rogowski

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8601 <br><br> City of Chicago <br> 8212 Innovation Way <br> Chicago, IL 60682 | | J | 2012 <br> utility | | | | 1,292.23 |
| Account No. xx5222 <br><br> City of Chicago <br> c/o Goldman & Grant <br> 205 W Randolph St., Ste. 1100 <br> Chicago, IL 60606 | | J | account | | | | 741.66 |
| Account No. xxxxxx0404 <br><br> City of Chicago <br> c/o Goldman & Grant <br> 205 W. Randolph St., Ste. 1100 <br> Chicago, IL 60606 | | J | account | | | | 473.33 |
| Account No. <br><br> City of Chicago <br> c/o Heller & Frisone LTD <br> 33 N LaSalle St., Ste. 1200 <br> Chicago, IL 60602 | | J | | | | | 0.00 |
| Account No. Several citations <br><br> City of Chicago Dept of Revenue <br> Accounts Receivable Division <br> 121 N Lasalle St, Room 107A <br> Chicago, IL 60602 | X | - | 2012 <br> Fines | | | | 3,831.46 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,338.68

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                                      Case No. _____
         Edyta M Rogowski

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx1571<br><br>Client Services, Inc.<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301-4047 | | J | | 09/30/2011<br>Notice | | | | 0.00 |
| Account No. xxxxx2362<br><br>Client Services, Inc.<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301-4047 | | J | | 09/30/2011<br>Collection | | | | 806.62 |
| Account No. xx xxxx x8045<br><br>Credit Collection Services<br>Two Wells Ave.<br>Newton Center, MA 02459 | | J | | 01/10/2012<br>Collection | | | | 250.96 |
| Account No. xx xxxx x9263<br><br>Credit Collection Services<br>Two Wells Ave.<br>Newton Center, MA 02459 | | J | | 05/03/2012<br>Collection | | | | 201.58 |
| Account No. xx xxxx x8755<br><br>Credit Collection Services<br>Two Wells Ave.<br>Newton Center, MA 02459 | | J | | 01/03/2011<br>Collection | | | | 555.58 |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,814.74

B6F (Official Form 6F) (12/07) - Cont.

In re  Andrzej Z Rogowski,                                           Case No. _____
        Edyta M Rogowski

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xx xxxx x3384<br><br>Credit Collection Services<br>Two Wells Ave.<br>Newton Center, MA 02459 | | J | | 06/29/2012<br>notice | | | | 0.00 |
| Account No. xx xx xx8184<br><br>Dale and Gensburg, PC<br>c/o Sandra Mertens<br>200 West Adams St., Ste. 2425<br>Chicago, IL 60606 | | J | | lawsuit | | | | 13,007.33 |
| Account No. x9402<br><br>Department of Water<br>PO Box 6330<br>Chicago, IL 60680-6330 | | J | | Utilities | | | | 391.93 |
| Account No. xxxxx4176<br><br>Department Store National Bank<br>c/o ARS National Services<br>PO Box 463023<br>Escondido, CA 92046-3023 | | J | | 2009<br>Credit Card | | | | 702.00 |
| Account No. xxxxxxxx-xx-0122<br><br>Department Store National Bank<br>c/o Plaza Recovery, Inc.<br>Houston, TX 77272-2188 | | W | | 2010<br>Credit card | | | | 110.00 |

Sheet no. __10__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    14,211.26

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
          Edyta M Rogowski
_____,
                          Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 9003<br><br>Department Stores National Bank<br>c/o Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439 | | J | | charge account | | | | 199.49 |
| Account No. x9402<br><br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680 | | J | | Code Violations | | | | 497.50 |
| Account No. x9402<br><br>Dept. of Business Affairs & Consume | | J | | 11/16/2010-11/15/2012<br>License Charge | | | | 62.50 |
| Account No. x9402<br><br>Dept. of Business Affairs & Consume | | J | | 11/16/2010-11/15/2012<br>License Charge | | | | 250.00 |
| Account No. xxxxxxxx3202<br><br>Dsnb Bloom<br>Macy's Bankruptcy Dept.<br>9111 Duke Blvd.<br>Mason, OH 45040 | | H | | Opened 5/01/08 Last Active 7/11/10<br>ChargeAccount | | | | 807.00 |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,816.49

B6F (Official Form 6F) (12/07) - Cont.

In re  Andrzej Z Rogowski,                                    Case No. _____
        Edyta M Rogowski

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxxxx0302 | | W | | Opened 3/01/06 Last Active 7/10/10 ChargeAccount | | | | |
| Dsnb Bloom Macy's Bankruptcy Dept. 9111 Duke Blvd. Mason, OH 45040 | | | | | | | | 199.00 |
| Account No. xxxxxxxx7620 | | H | | Opened 6/01/07 Last Active 7/10/10 ChargeAccount | | | | |
| Dsnb Macys Po Box 8218 Mason, OH 45040 | | | | | | | | 703.00 |
| Account No. 1360 | | J | | 08/31/2008 Collection | | | | |
| Erickson Decorating Products 6040 N. Pulaski Rd Chicago, IL 60846 | | | | | | | | 12,907.95 |
| Account No. | | J | | account | | | | |
| Erickson Decorating Products c/o Law Office of Vincent Vidmer 6955 W Armitage Elmwood Park, IL 60707 | | | | | | | | 3,194.53 |
| Account No. xxxx-xx0270 | | J | | 06/01/2011 lawsuit | | | | |
| Erie Insurance Co. c/o Nedved Law Partners 345 North Canal, Suite 1208 Chicago, IL 60606 | | | | | | | | 21,041.60 |

Sheet no.  12   of  27   sheets attached to Schedule of                        Subtotal          | 38,046.08
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
         Edyta M Rogowski

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx7305 Farmer's Insurance PO Box 0914 Carol Stream, IL 60132 | X | - | | 03/21/2012 Insurance Premiums | X | | | 1,083.00 |
| Account No. xxx9416 Farmer's Insurance PO Box 0914 Carol Stream, IL 60132 | | | J | 03/10/2012 Insurance Premiums | | | | 178.37 |
| Account No. xxx7305 Farmer's Insurance PO Box 0914 Carol Stream, IL 60132 | | | J | 01/14/2012 Insurance Premiums | | | | 1,190.26 |
| Account No. xxxxxxxxxxxx1234 FBCS Services 2200 Byberry Rd. Ste. 120 Hatboro, PA 19040 | | | J | 02/07/2012 Collection- HSBC Bank | | | | 7,180.69 |
| Account No. 9829 FIA Card Services c/o Capital Management Services, LP 726 Exchange Street, Ste. 700 Buffalo, NY 14210 | | | J | 06-11 Credit card services | | | | 4,971.20 |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,603.52

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Andrzej Z Rogowski,                                           Case No. _____
        Edyta M Rogowski

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx0389<br><br>Firstsource Advantage<br>PO Box 628<br>Buffalo, NY 14240-0628 | | J | 04/11/2011<br>Collection | | | | 4,971.20 |
| Account No. xxxx9850<br><br>Firstsource Advantage<br>PO Box 628<br>Buffalo, NY 14240-0628 | | J | 03/07/2011<br>Collection | | | | 18,107.19 |
| Account No. xxx4765<br><br>GC Services<br>6330 Gulfton<br>Houston, TX 77081 | | J | 06/20/2012<br>notice | | | | 0.00 |
| Account No. xxxxxx7744<br><br>GE Capital Retail Bank<br>c/o Law Office of Ronald Schlosser<br>203 N. Wabash Avenue<br>Chicago, IL 60601 | | H | 2009<br>Credit Card | | | | 7,463.82 |
| Account No. xxxx2979<br><br>GE Money Bank/ABT<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | | H | 9/01-08<br>Credit card | | | | 979.61 |

Sheet no. __14__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    31,521.82

B6F (Official Form 6F) (12/07) - Cont.

In re  Andrzej Z Rogowski,                                              Case No. _____
        Edyta M Rogowski
                                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2979<br><br>Gemb/avb Buying Group<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | H | Opened  9/01/01  Last Active  5/29/10<br>ChargeAccount | | | | 8,123.00 |
| Account No. xxx2866<br><br>Genetos Retson & Yoon<br>8585 Broadway #480<br>Merrillville, IN 46410 | | J | 05/12/2011<br>Notice - Collection | | | | 0.00 |
| Account No.<br><br>George Meyer<br>1528 N Lawler<br>Chicago, IL 60651 | | J | 20101016878<br>lawsuit | | | | 4,000.00 |
| Account No. xxxx9052<br><br>Global Credit & collection Corp.<br>300 International dr.<br>Suite 100<br>Williamsville, NY 14221 | | J | 03/01/2011<br>Collection | | | | 4,323.95 |
| Account No.<br><br>Goldman & Grant<br>205 W Randolph St., Ste. 1100<br>Chicago, IL 60606 | | J | Notice for City of Chicago | | | | 0.00 |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,446.95

B6F (Official Form 6F) (12/07) - Cont.

In re   Andrzej Z Rogowski,
         Edyta M Rogowski

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx8422<br><br>Goral Construction, Inc.<br>c/o Chepov & Scott, LLC<br>5440 N. Cumberland Ave. #150<br>Chicago, IL 60656 | | J | | 2011<br>Sub-contractor | | | | 77,000.00 |
| Account No. xxxxxx11-01<br><br>Gorski Construction<br>c/o Licensed Collection Agency<br>6150 Milwaukee Ave.<br>Chicago, IL 60646 | | J | | account | | | | 450.00 |
| Account No. xxxxxx11-01<br><br>Greystone Recovery Group, Corp.<br>6150 N. Milwaukee Ave<br>Chicago, IL 60646 | | J | | 02/14/2011<br>Collection- Gorski Construction | | | | 450.00 |
| Account No. xxxx4999<br><br>Harvard Collections<br>4839 N Elston Ave<br>Chicago, IL 60630 | | J | | 05/18/2012<br>Collection- IL Dept. of Revenue | | | | 2,767.51 |
| Account No. xxxxx4324<br><br>Heller & Frisone<br>33 N. LaSalle St.<br>#1200<br>Chicago, IL 60602-2603 | | J | | 06/27/2012<br>Collection- City of Chicago | | | | 1,341.23 |

Sheet no. __16__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,008.74

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
          Edyta M Rogowski
                                                                                    Case No. _____
_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Horseshoe Casino Indiana<br>Hammond, IN | | J | 2009<br>Marker | | | | 23,000.00 |
| Account No. xxxxxxxxxxxx5332<br><br>Hsbc Bank<br>Hsbc Card Services / Attn: Bankruptcy De<br>Po Box 5213<br>Carol Stream, IL 60197 | | W | Opened 11/01/03  Last Active  6/27/12<br>CreditCard | | | | 4,992.00 |
| Account No. xxxxxxxx-xxx-x0-CH1<br><br>I.C. System, Inc.<br>444 highway 96 East<br>PO Box 64887<br>Saint Paul, MN 55164 | | J | 02/14/2011<br>Collection- Chase | | | | 1,906.83 |
| Account No. xxxxxx36-45<br><br>I.C. System, Inc.<br>444 highway 96 East<br>PO Box 64887<br>Saint Paul, MN 55164 | | J | 02/28/2011<br>Collection | | | | 1,714.13 |
| Account No.<br><br>IDES<br>Chicago Region - Revenue<br>33 S. State, 10th Floor<br>Chicago, IL 60603 | | J | notice | | | | 0.00 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,612.96

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
         Edyta M Rogowski

Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx765-1 | | | | 2012 benefits | | | | |
| IL Dept of Employment Security PO Box 3637 Springfield, IL 62708 | | J | | | | | | 14,469.69 |
| Account No. xxxx765-1 | | | | 2006 Import Taxes | | | | |
| Illinois Department of Revenue Bankruptcy Section 100 W Randolph St Level 7-425 Chicago, IL 60106 | | J | | | | | | 9,000.00 |
| Account No. xxx-xx3589 | | | | 01/09/2012 Collection | | | | |
| IPFS Corporation 462 S. 4th St. Louisville, KY 40202 | | J | | | | | | 473.49 |
| Account No. xxx-xx3589 | | | | 01/30/2012 Collection | | | | |
| IPFS Corporation 462 South 4th St. Louisville, KY 40202 | | J | | | | | | 3,224.43 |
| Account No. xxxxxx0640 | | | | 03/14/2012 judgment | | | | |
| Jimmie Purnell 4824 W. Concord Pl Chicago, IL 60639 | | J | | | | | | 2,000.00 |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,167.61

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,    Case No. _____
Edyta M Rogowski

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | J | notice | | | | |
| Joel Nathan 219 S Dearborn St. 5th Floor Chicago, IL 60604 | | | | | | | | 0.00 |
| Account No. xx xx xx8515 | X | H | | 2010 Sub-contractor | | | | |
| John Z Construction c/o Donald P. Scott, Ltd. 5440 N. Cumberland Ave. #138 Chicago, IL 60656 | | | | | | | | 6,938.52 |
| Account No. xxxxx9291 | | | J | 01/20/2011 Collection- AT&T Yellow Pages | | | | |
| Joseph, Mann & Creed 20600 Chargrin Blvd Suite 550 Beachwood, OH 44122 | | | | | | | | 514.76 |
| Account No. xxxxxxxxxxxxxx4630 | | | J | 2001 Checking account | | | | |
| JPMorgan Chase - Legal Department 131 SOuth Dearborn St. Floor 5 Chicago, IL 60603 | | | | | | | | 485.38 |
| Account No. xxxx-x-xx9865 | | | J | | | | | |
| Kiley Brendan c/o Kerry Lavelle 208 S LASALLE #1200 Chicago, IL 60604 | | | | | | | | 0.00 |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,938.66

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
         Edyta M Rogowski

                                                                        Case No. _____
                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx3996  Law Office of Roland Schlosser 203 N. Wabash Ave Chicago, IL 60601 | | J | | 10/28/2011 Collection- Capital One Bank | | | | 4,575.71 |
| Account No.  Law Office of Vincent R. Vidmer 6955 W. Armitage Chicago, IL 60707 | | J | | 02/14/2011 Collection | | | | 3,194.53 |
| Account No. xxxxxx8515  Legal Collectors Ltd 5440 N. Cumberland Ave Chicago, IL 60656 | | J | | 01/16/2012 Notice Only | | | | 6,000.00 |
| Account No. xxx xxxxxxx9003  LTD Financial Services 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | J | | 09/09/2011 Collection | | | | 199.49 |
| Account No.  Lucas Concrete, Inc. c/o Sullivan Hincks & Conway 120 W. 22nd St., Ste. 100 Oak Brook, IL 60523 | | J | | 12/29/2010 Collection | | | | 7,327.72 |

Sheet no. _20_ of _27_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,297.45

B6F (Official Form 6F) (12/07) - Cont.

In re   Andrzej Z Rogowski,                                          Case No. _____
        Edyta M Rogowski

                                                                ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1995 <br><br> Mary L Perry <br> 5919 S Laflin St. <br> Chicago, IL 60636 | | J | 2013 <br> lawsuit | | | | 455.27 |
| Account No. xxxx-xx-xx4852 <br><br> Mary L. Perry <br> 5919 S. Laflin St. <br> Chicago, IL 60636 | | J | 02/21/2012 <br> lawsuits | | | | 4,500.00 |
| Account No. xxxxxx0568 <br><br> MCM <br> Dept 12421 <br> PO Box 603 <br> Oaks, PA 19456 | | J | 11/02/2011 <br> Collection | | | | 3,989.24 |
| Account No. xxxx-xx6791 <br><br> McMahan & Sigunick, Ltd <br> 412 S. Wells St. <br> 6th Floor <br> Chicago, IL 60607 | | J | 11/17/2011 <br> Notice Only | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-7486 <br><br> Mercantile Adjustment Bureau <br> PO Box 9016 <br> Buffalo, NY 14231 | | J | 09/21/2010 <br> Collection- Bank of America-SBC | | | | 10,237.32 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,181.83

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Andrzej Z Rogowski,  Case No. _____
       Edyta M Rogowski

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-7486<br><br>Mercantile Adjustment Bureau<br>PO Box 9016<br>Buffalo, NY 14231 | | J | 11/18/2010<br>Collection- Bank of America-SBC | | | | 9,778.32 |
| Account No. xxxxxx7744<br><br>Meyer & Njus, P.A.<br>29 S. LaSalle St.<br>Suite 635<br>Chicago, IL 60603 | | J | 07/03/2012<br>Collections for GE Capital Retail Bank | | | | 8,018.55 |
| Account No. xxxxxx0568<br><br>Midland Funding<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | | W | Opened 10/01/11<br>FactoringCompanyAccount Chase Bank Usa N.A. | | | | 4,035.00 |
| Account No. xxxx508-9<br><br>Morgan & Associates<br>2601 NW Expressway<br>Suite 205 E<br>Oklahoma City, OK 73112 | | J | 05/23/2011<br>Collection | | | | 1,535.36 |
| Account No. xxx0514<br><br>NCC Business Services, Inc.<br>9428 Baymeadows Rd, #200<br>Jacksonville, FL 32256 | | J | 03/01/2011<br>Collection- GE Money Bank | | | | 302.57 |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  23,669.80

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                      Case No. _____
         Edyta M Rogowski

                                                    ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | J | | notice | | | | |
| Northstar Location Services 4285 Genesee Street Buffalo, NY 14225 | | | | | | | | 0.00 |
| Account No.  xxxx-xx0485 | | J | | account | | | | |
| OPS Certegy Bad Check c/o The Bourassa Law Group PO Box 28039 Las Vegas, NV 89126 | | | | | | | | 620.00 |
| Account No. | | J | | notice | | | | |
| Plaza Recovery Inc. 5800 North Course Dr. Houston, TX 77072 | | | | | | | | 0.00 |
| Account No.  xxxxxxxxxxxx6847 | | W | | Opened 12/01/11 FactoringCompanyAccount Ge Capital Retail Bank | | | | |
| Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | | | | 309.00 |
| Account No. | | J | | notice | | | | |
| Portfolio Recovery Associates PO Box 12903 Norfolk, VA 23541 | | | | | | | | 0.00 |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 929.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,                                          Case No. _____
        Edyta M Rogowski

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | J | | notice for victoria's secret | | | | |
| Professional Bureau of Collections PO box 628 Elk Grove, CA 95759 | | | | | | | | | 0.00 |
| Account No. xxxxxxxxxxxx1801 | | | J | | 02/14/2012 Collection for world financial national bank | | | | |
| Retail Recovery Service 190 Moore St. Suite 201 Hackensack, NJ 07601 | | | | | | | | | 0.00 |
| Account No. xxxxxxx05-M3 | | | J | | 03/30/2010 Collection | | | | |
| RMS 4836 Brecksville Rd. P.O. Box 523 Richfield, OH 44286 | | | | | | | | | 346.26 |
| Account No. xxxxxxxxxxxx1234 | | | J | | 03/22/2011 Collection | | | | |
| Stellar Recovery Inc. 1845 Highway 93 South Suite 310 Kalispell, MT 59901 | | | | | | | | | 6,399.81 |
| Account No. xxxx-xx0485 | | | J | | 09/29/2011 Collection | | | | |
| The Bourassa Law Group PO Box 28039 Las Vegas, NV 89126 | | | | | | | | | 620.00 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              7,366.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
         Edyta M Rogowski

Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x9582 <br><br> The Shindler Law Firm <br> 1990 E. algonquin Rd. <br> Suite 180 <br> Schaumburg, IL 60173 | | J | 06/13/2012 <br> Collection- HSBC Bank | | | | 7,194.69 |
| Account No. xxxx-xx6791 <br><br> The Travelers Idemnity Company <br> c/o McMahan & Sigunick, LTD <br> 412 S Wells St., 6th Floor <br> Chicago, IL 60607 | | J | judgment | | | | 15,013.27 |
| Account No. xxxxxxxx0753 <br><br> Transunion <br> PO Box 99506 <br> Chicago, IL 60693 | | J | account | | | | 119.93 |
| Account No. xxxxxx2085 <br><br> Trident Asset Manageme <br> 5755 Northpoint Pkwy Ste <br> Alpharetta, GA 30022 | | H | Opened 11/01/09 <br> ReturnedCheck Horseshoe Hammond | | | | 620.00 |
| Account No. xxxxxx3866 <br><br> Trident Asset Manageme <br> 5755 Northpoint Pkwy Ste <br> Alpharetta, GA 30022 | | W | Opened 8/01/09 <br> ReturnedCheck Ameristar Casino East Chicago | | | | 479.00 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,426.89

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
         Edyta M Rogowski

                                                                    Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxx0657 | | | | 12/02/2010 NSF Check | | | | |
| TRS Recovery Services PO Box 60022 City Of Industry, CA 91716 | | J | | | | | | 572.04 |
| Account No. xxxx-xxxx-xxxx-6105 | | | | 03/23/2011 Collection | | | | |
| United Collection Bureau, Inc 5620 Southwyck Blvd Suite 206 Toledo, OH 43614 | | J | | | | | | 2,590.06 |
| Account No. xx2252 | | | | 07/06/2012 Collection | | | | |
| Van Dinter & Associates 43525 Ridge Park Dr. Temecula, CA 92590 | | J | | | | | | 806.54 |
| Account No. xxx4909 | | | | 03/09/2011 Collection | | | | |
| Van Ru Credit Corporation 1350 E Touhy Ave Suite 100E Des Plaines, IL 60018-3307 | | J | | | | | | 199.49 |
| Account No. xxxxxxx7132 | | | | 03/04/2011 Collection | | | | |
| Van Ru Credit Corporation 1350 E Touhy Ave Suite 100E Des Plaines, IL 60018-3307 | | J | | | | | | 806.62 |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal
                                              (Total of this page)          4,974.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Andrzej Z Rogowski,
         Edyta M Rogowski

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | J | | notice | | | | |
| VDA 43525 Ridge Park Dr., Ste. 300 Temecula, CA 92590 | | | | | | | | 0.00 |
| Account No. xxxxx7765 | | W | | Opened  4/01/02  Last Active  7/13/10 ChargeAccount | | | | |
| Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | | | | | | | 1,535.00 |
| Account No.  xx9552 | | J | | 06/03/2011 Collection- Chase Bank | | | | |
| Viking Collection Service Inc. PO Box 59207 Minneapolis, MN 55459 | | | | | | | | 3,908.92 |
| Account No.  xx9993 | | J | | 02/22/2012 Collection- United Tranz Actions LLC | | | | |
| Weltman, Weinberg & Reis, CO., LPA 175 South 3rd St., Suite 900 Columbus, OH 43215 | | | | | | | | 1,636.17 |
| Account No.  xxxxxxxxxx-xx1-801 | | J | | 04/01/2011 Collection | | | | |
| World Financial Network Nat'l Bank PO Box 182124 Columbus, OH 43218-2124 | | | | | | | | 1,825.08 |

Sheet no.  __27__  of  __27__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,905.17

Total
(Report on Summary of Schedules)

465,221.75

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    Andrzej Z Rogowski,                                                    Case No. _____
         Edyta M Rogowski
                                                                        ,
                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Adam Wisniewsei<br>1520 W Huron<br>Chicago, IL 60642 | Tenant in 1520 W Huron, Chicago, IL<br>Rental income of $750/month |
| Chris Kalamotousakis<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $500.00/month |
| Christopher Stacks<br>1520 W Huron<br>Chicago, IL 60642 | Tenant in 1520 W Huron, Chicago, IL<br>Rental income of $750/month |
| Edward Zubel<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $650.00/month |
| Edward Zubel<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $450.00/month for Garage |
| Erin Kris<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $550.00/month |
| Erin Suzenne<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $600.00/month |
| Foulkal Radek<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $650.00/month |
| Fredrick Koop<br>1516 W Huron<br>Chicago, IL 60642 | Tenant in 1516 W Huron, Chicago, IL<br>Rental income of $1,250.00 per month |
| Kim Lansing<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $600.00/month |
| Licelys Ramirez Fredrickson<br>1516 W Huron<br>Chicago, IL 60642 | Tenant in 1516 W Huron, Chicago, IL<br>Rental income of $1,100.00 per month |
| Samanta Kalplan<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $700.00/month |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   Andrzej Z Rogowski,                                            Case No. _____
       Edyta M Rogowski

_____ ,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Sonia<br>1518 W Huron<br>Chicago, IL 60642 | Tenant in 1518 W Huron, Chicago, IL<br>Rental income of $600.00/month |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   Andrzej Z Rogowski,                                    Case No. _____
         Edyta M Rogowski

_____,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Aster Inc.<br>1226 W. Chicago<br>Chicago, IL 60642 | John Z Construction<br>c/o Donald P. Scott, Ltd.<br>5440 N. Cumberland Ave. #138<br>Chicago, IL 60656 |
| Aster, Inc.<br>1526 W. Chicago Avenue<br>Chicago, IL 60642 | City of Chicago Dept of Revenue<br>Accounts Receivable Division<br>121 N Lasalle St, Room 107A<br>Chicago, IL 60602 |
| Aster, Inc.<br>1526 W. Chicago Ave.<br>Chicago, IL 60642-7865 | Farmer's Insurance<br>PO Box 0914<br>Carol Stream, IL 60132 |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    Andrzej Z Rogowski              Case No. _____
     Edyta M Rogowski

                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): <br>    Daughter <br>    Daughter <br>    Son | AGE(S): <br> 15 <br> 16 <br> 8 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales Manager | |
| Name of Employer | Economic Remodeling | Unemployed |
| How long employed | 1 year | |
| Address of Employer | 1526 W. Chicago Ave <br> Chicago, IL 60642 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 4,000.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,000.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,000.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 9,150.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance <br> (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income <br> (Specify):   Parking Lot (1524 W. Chicago Avenue) | $ | 1,000.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 10,150.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 14,150.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $    14,150.00 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re ___Andrzej Z Rogowski___
___Edyta M Rogowski___                                    Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,472.00 |
| a. Are real estate taxes included?           Yes _X_        No ___ | | |
| b. Is property insurance included?           Yes _X_        No ___ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 400.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 0.00 |
| d. Other  See Detailed Expense Attachment | $ | 300.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 246.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 200.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 500.00 |
| b. Other  See Detailed Expense Attachment | $ | 9,600.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Tuition, Books, School Supplies | $ | 1,500.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 18,493.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 14,150.00 |
| b.   Average monthly expenses from Line 18 above | $ | 18,493.00 |
| c.   Monthly net income (a. minus b.) | $ | -4,343.00 |

**B6J (Official Form 6J) (12/07)**

In re    Andrzej Z Rogowski
_____Edyta M Rogowski_____      Case No. _____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable/Internet | $ | 100.00 |
| Cell | $ | 200.00 |
| **Total Other Utility Expenditures** | $ | 300.00 |

**Other Installment Payments:**

| | | |
|---|---|---|
| Second Mortgage on Residence | $ | 350.00 |
| Mortgage on 1526 Chicago | $ | 2,000.00 |
| Mortgage on 1524 Chicago | $ | 2,000.00 |
| Mortgage on 1516 W Huron | $ | 3,000.00 |
| Mortgage on 1520 W Huron | $ | 2,000.00 |
| Second Mortgage on 1520 W Huron | $ | 250.00 |
| **Total Other Installment Payments** | $ | 9,600.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Andrzej Z Rogowski
      Edyta M Rogowski

Debtor(s)

Case No. _____

Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __47__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February 15, 2013       Signature   /s/ Andrzej Z Rogowski
                                                        Andrzej Z Rogowski
                                                        Debtor

Date   February 15, 2013       Signature   /s/ Edyta M Rogowski
                                                        Edyta M Rogowski
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Andrzej Z Rogowski
       Edyta M Rogowski                                                    Case No.
                                          Debtor(s)          Chapter        7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-568,923.00 | 2010 Business Loss - per Tax Transcripts |
| $60,056.00 | 2011 Employment Income (Economic) - per Tax Transcripts |
| $48,000.00 | 2012 Employment Income (Economic) - per Affidavit |
| $17,944.00 | 2010 Rental Income - per Tax Transcripts |
| $8,118.00 | 2011 Rental  Income - per Tax Transcripts |
| $121,800.00 | 2012 estimated Rental Income - per Rental Income Affidavits |
| $10,150.00 | 2013 year-to-date Rental Income - estimated per Rental Income Affidavits |
| $4,000.00 | 2013 year-to-date Employment Income for Debtor - estimated per Affidavit |

B 7 (12/12)                                                                                                 2

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $32,006.00 | 2010 Other Income - per Tax Transcripts |

## 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Dale & Gensburg, P.C. vs. Andrzej Rogowski, et. al. and MB Financial Bank No. 2011 M1 148184 | Garnishment | In the Circuit Court of Cook County, Illinois | Judgment |
| MB Financial Bank vs. Andrzej & Edyta Rogowski No. 12 CH 008507 | Foreclosure | In the Circuit Court of Cook County, Illinois County Department- Chancery Division | Settled |
| Ridgestone Bank vs. Andrzej Rogowski Case No. 12 CH 04700 | Foreclosure | In the Circuit Court of Cook County, Illinois County Department, Chancery Division | Settled |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 7 (12/12)                                                                                                   3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GE Capital Retail Bank vs Andrzej Rogowski and Aster Home Health Services No. 11 M1 177744 | Wage Deduction Summons | In the Circuit Court of Cook County, Illinois | Judgment |
| John Z Construction LTD vs. Aster Remodeling Case No. 11 M 1178515 | Civil | In the Circuit Court of Cook County, Illinois | Judgment for Plaintiff |
| Titan H General Co. vs. Aster Inc. No. 12 M1 107765 | | In the Circuit Court of Cook County, Illinois | |
| Erie Insurance Co. vs. Andy Rogowski Case No. 11 M1 300270 | | In the Circuit Court of Cook County, Illinois First Municipal District | |
| Jemmie Purnell vs. Aster, Inc. No. 11 M1 040640 | | In the Circuit Court of Cook County, Illinois | Judgment |
| Mary L. Perry vs. Aster Remodeling Case No. 12 M1 104852 | | In the Circuit Court of Cook County, Illinois | Judgment for Plaintiff |
| The Travelers Indemnity Company vs. Aster, Inc. No. 11 M1 136791 | | In the Circuit Court of Cook County, Illinois | Judgment for Plaintiff |
| Goral Construction Inc. vs. Andrzej Rogowski No. 11 L 8422 | Contract | In the Circuit Court of Cook County, Illinois | pending |
| Capital One Bank v. Edyta Rogowski, 11 M1 143996 | Suit for breach of contract | Circuit Court of Cook County, Municipal Division, Chicago | Judgment entered |
| Ameristar Casino East Chicago v. Andrzej Rogowski, 45D03-1107-CC-00566 | Suit for breach of contract | Lake Superior Court, 400 Broadway, Gary, IN 46402 | Pending |
| City of Chicago v. Andrzej Rogowski, 10 M1 670380 | Suit for Fines | Circuit Court of Cook County, IL, Chicago, IL | Judgment entered |
| Midland Funding LLC v. Edyta Rogowski Case No. 12 M1 124870 | civil | Circuit Court of Cook County, IL | pending |
| Colfin Bulls Funding A, LLC, as successor-in-interest to MB Financial Bank, N.A. Case No. 12 CH 27207 | Foreclosure | Circuit Court of Cook County, IL | pending |
| Mary L Perry v. Economic Remodeling Case No. 12 M1 141995 | Small Claims | Circuit Court of Cook County, IL | pending |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B 7 (12/12)

4

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Macey Bankruptcy Law<br>Sears Tower<br>233 S Wacker, Suite 5150<br>Chicago, IL 60606 | 2012 | $2,000 Attorneys' Fees<br>$62.20 Service/Facilitation fees for products and services outlined below<br>$153.80 Reimbursable expenses for third-party products and services, which include: 3 Source Credit Report, Credit Counseling, Debtor Education Course, Tax Transcript Report, Automobile Loan Review, and Post-Discharge Dispute(s) of Consumer Liability Report<br>$306 Filing Fee |

B 7 (12/12)                                                                                                          5

### 10.  Other transfers

None
☐
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Ridgestone Bank<br>Milwaukee, WI<br>None | 2010 | 1500-1508 W. Huron Street, Chicago, IL.  Signed a deed in lieu of foreclosure to Ridgestone Bank in satisfaction of the mortgage on the property and loan forgiveness on the 2d Mortgage on 1526 Chicago Avenue, Chicago, IL. |
| MB Financial Bank<br>P.O. Box 6261<br>Chicago, IL 60680-6261<br>none | 2010 | Signed deed in lieu to MB Financial in exchange for loan forgiveness for properties located at 1513 W. Huron and 1521 W. Huron, Chicago, IL. |

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
☐
List all property owned by another person that the debtor holds or controls.

B 7 (12/12)                                                                                          6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Erin Suzenne<br>1518 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $600.00 for his Tenant | Chicago, IL |
| Sonia<br>1518 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $600.00 for his Tenant | Chicago, IL |
| Kim Lansing<br>1518 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $600.00 for his Tenant | Chicago, IL |
| Erin Kris<br>1518 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $550.00 for his Tenant | Chicago, IL |
| Samantha Kalplan<br>1518 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $700.00 for his Tenant | Chicago, IL |
| Adam Wisniewsei<br>1520 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $750.00 for his Tenant | Chicago, IL |
| Christopher Stacks<br>1520 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $750.00 for his Tenant | Chicago, IL |
| Licelys Ramirez Fredrickson<br>1516 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $1,100.00 for his Tenant | Chicago, IL |
| Fredrick Koop<br>1516 W Huron<br>Chicago, IL 60642 | Debtor holds a security deposit of $1,250.00 for his Tenant | Chicago, IL |

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                              DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Aster, Inc. | 2648 | 1526 W. Chicago Chicago, IL 60642 | S Corporation Contracting and home remodeling business | 1996-2010 |
| Wild Development, LLC | 2648 | 1526 W. Chicago Chicago, IL 60642 | S Corporation New construction contracting | 2008-2010 |

B 7 (12/12)                                                                                                                    8

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐     supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED
George Townes                                                          2000-2012
10249 S. Halsted Street
Chicago, IL 60628

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
■     books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                         DATES SERVICES RENDERED

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■     of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■     issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

                                                                      DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY           INVENTORY SUPERVISOR              (Specify cost, market or other basis)

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                             RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                      NATURE OF INTEREST               PERCENTAGE OF INTEREST

B 7 (12/12)                                                                                          9

None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.
☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

Andy Rogowski
See Petition

---

**22 . Former partners, officers, directors and shareholders**

None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.
■

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.
■

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.
■

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

---

**24. Tax Consolidation Group.**

None | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.
■

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

---

**25. Pension Funds.**

None | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.
■

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B 7 (12/12)                                                                                                    10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  February 15, 2013                        Signature    /s/ Andrzej Z Rogowski
                                                            Andrzej Z Rogowski
                                                            Debtor


Date  February 15, 2013                        Signature    /s/ Edyta M Rogowski
                                                            Edyta M Rogowski
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Andrzej Z Rogowski
       Edyta M Rogowski

Case No. _____

                                  Debtor(s)

Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Colony LLC.AMC | Residential real estate located at 1515 W. Huron Street, Chicago IL 60606<br>Value based on Comparative Market Analysis |

Property will be (check one):

    ☐   Surrendered                    ■   Retained

If retaining the property, I intend to (check at least one):

    ☐   Redeem the property
    ☐   Reaffirm the debt
    ■   Other. Explain   Retain and Pay   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■   Claimed as Exempt                  ☐   Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Colony, LLC | Residential real estate located at 1515 W. Huron Street, Chicago IL 60606<br>Value based on Comparative Market Analysis |

Property will be (check one):

    ☐   Surrendered                    ■   Retained

If retaining the property, I intend to (check at least one):

    ☐   Redeem the property
    ☐   Reaffirm the debt
    ■   Other. Explain   Retain and pay   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■   Claimed as Exempt                  ☐   Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Colony, LLC | **Describe Property Securing Debt:**<br>Real estate located at 1516 W. Huron St., Chicago IL 60642<br>Value based on Comparative Market Analysis |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  _Retain and pay_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Colony, LLC | **Describe Property Securing Debt:**<br>Real estate located at 1518 Huron St., Chicago IL 60642<br>Value based on Comparative Market Analysis |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  _Retain and pay_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Edward Zubel | **Describe Property Securing Debt:**<br>2007 Land Rover Range Rover 4D Sport Utility HS with 52,833 miles - value based on in-person review and appraisal performed by CarMax, less amount of repairs needed on the vehicle<br><br>Vehicle is in need of significant repairs in the approxim |

Property will be (check one):

    ☐  Surrendered                ■  Retained

If retaining the property, I intend to (check at least one):

    ☐  Redeem the property

    ■  Reaffirm the debt

    ☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■  Claimed as Exempt             ☐  Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Heritage Foundation | **Describe Property Securing Debt:**<br>Real estate located at 1520 W. Huron St., Chicago IL 60642<br>Value based on Comparative Market Analysis<br>After broker's commissions and costs of sale, there would be no proceeds available to disburse to unsecured creditors. |

Property will be (check one):

    ☐  Surrendered                ■  Retained

If retaining the property, I intend to (check at least one):

    ☐  Redeem the property

    ☐  Reaffirm the debt

    ■  Other.  Explain _Retain and pay_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ☐  Claimed as Exempt             ■  Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 4

| Property No. 7 | |
| --- | --- |
| **Creditor's Name:**<br>Heritage Foundation | **Describe Property Securing Debt:**<br>Real estate located at 1520 W. Huron St., Chicago IL 60642<br>Value based on Comparative Market Analysis<br>After broker's commissions and costs of sale, there would be no<br>proceeds available to disburse to unsecured creditors. |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain  _Retain and pay_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 8 | |
| --- | --- |
| **Creditor's Name:**<br>Internal Revenue Service | **Describe Property Securing Debt:**<br>Real estate located at 1518 Huron St., Chicago IL 60642<br>Value based on Comparative Market Analysis |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain  _Retain and Pay_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt              ☐ Not claimed as exempt

| Property No. 9 | |
| --- | --- |
| **Creditor's Name:**<br>MB Financial Bank | **Describe Property Securing Debt:**<br>Real estate located at 1516 W. Huron St., Chicago IL 60642<br>Value based on Comparative Market Analysis |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain  _Retain and Pay_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt              ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 5

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>Provider's Investors | **Describe Property Securing Debt:**<br>Vacant Lot: 1524 Chicago Ave., Chicago IL 60642<br>Lot has zero value based on Comparative Market Analysis |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  _Retain and pay_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>Ridgestone Bank | **Describe Property Securing Debt:**<br>Real estate located at 1526 Chicago Ave., Chicago IL 60642<br>(Office property)<br>Value based on Comparative Market Analysis |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  _Retain and Pay_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐   YES        ☐   NO |

B8 (Form 8) (12/08)                                                                                      Page 6

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date  February 15, 2013                    Signature  /s/ Andrzej Z Rogowski
                                                      Andrzej Z Rogowski
                                                      Debtor


Date  February 15, 2013                    Signature  /s/ Edyta M Rogowski
                                                      Edyta M Rogowski
                                                      Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Andrzej Z Rogowski
    Edyta M Rogowski
_____
                   Debtor(s)

Case No. _____

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 2,000.00 |
| Prior to the filing of this statement I have received | $ 1,500.00 |
| Balance Due | $ 500.00 |

2.    The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning as needed.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any adversary proceedings.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  February 15, 2013 _____

/s/ Richard K. Gustafson, II, Macey Bankruptcy Law _____
Richard K. Gustafson, II, Macey Bankruptcy Law #621
Macey Bankruptcy Law, P.C.
Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606
(312) 467-0004  Fax: (312) 467-1832

---

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Andrzej Z Rogowski
       Edyta M Rogowski
                                    Debtor(s)

Case No. _____

Chapter  7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Andrzej Z Rogowski
Edyta M Rogowski
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  /s/ Andrzej Z Rogowski            February 15, 2013
   Signature of Debtor               Date

X  /s/ Edyta M Rogowski              February 15, 2013
   Signature of Joint Debtor (if any)   Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Andrzej Z Rogowski
         Edyta M Rogowski                                    Case No. _____
                                              Debtor(s)      Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 134

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    February 15, 2013            /s/ Andrzej Z Rogowski
                                      Andrzej Z Rogowski
                                      Signature of Debtor

Date:    February 15, 2013            /s/ Edyta M Rogowski
                                      Edyta M Rogowski
                                      Signature of Debtor

ABT
1200 N Milwaukee Ave.
Glenview, IL 60025


ACB American, Inc.
PO Box 2548
Cincinnati, OH 45201-0177


American Medical Collection Agency
4 Westchester Plaza, Suite 110
Elmsford, NY 10523


Ameristar Casino East Chicago, LLC
c/o Genetos, Retson & Yoon, LLP
8585 Broadway, Ste. 480
Merrillville, IN 46410


Aronberg Goldgehn Davis and Garmisa
330 N. Wabash Ave., Ste. 1700
Chicago, IL 60611


ARS National Services
POBox 463023
Escondido, CA 92046


Associated Receivable
1058 Claussen Rd Ste 110
Augusta, GA 30907


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046


Aster Inc.
1226 W. Chicago
Chicago, IL 60642


Aster, Inc.
1526 W. Chicago Avenue
Chicago, IL 60642


Aster, Inc.
1526 W. Chicago Ave.
Chicago, IL 60642-7865

AT&T Yellowpages
c/o Mann and Creed
20600 Chagrin Blvd., Ste. 550
Beachwood, OH 44122


Bank Of America
Attn: Bankruptcy NC4-105-0314
Po Box 26012
Greensboro, NC 27410


Bank of America
c/o Calvary Portfolio Services, LLC
PO Box 1017
Hawthorne, NY 10532


Barr Management
6408 N. Western Ave
Chicago, IL 60645


Blatt, Hassenmiller, Leibsker
& Moore LLC
125 South Wacker Dr, Suite 400
Chicago, IL 60606


Bloomingdales
c/o Northland Group
PO box 390846
Minneapolis, MN 55439


BML
6408 N Western Ave.
Chicago, IL 60645


Broadcast Music Inc.
c/o Performance Source Inc.
PO Box 1905
Highland Park, IL 60035


Burke, Warren, MacKay
330 North Wabash Ave., 22nd Floor
Chicago, IL 60611


Cac Financial Corp
2601 NW Expressway
Suite 1000 E
Oklahoma City, OK 73112

Calvary Portfolio Services
PO Box 1017
Hawthorne, NY 10532


Cap One
Po Box 5253
Carol Stream, IL 60197


Capital Management Services
726 Exchange Street - Suite 700
Buffalo, NY 14210


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Card Gard
c/o Alternative Recovery Mgt
8204 Parkway Dr., Ste. 9
La Mesa, CA 91942


Cardservice International LLC
PO Box 17548
Denver, CO 80217


CBA
PO Box 5013
Hayward, CA 94540


CCI
PO Box 212489
Augusta, GA 30917


Chase
Po Box 15298
Wilmington, DE 19850


Chase
c/o ARS National Services
PO Box 463023
Escondido, CA 92046

Chase
c/o Weltman, Weinberg and Reis
444 Hwy 96 E, PO Box 64886
Saint Paul, MN 55164


Chase
c/o Tiburon Financial LLC
PO Box 770
Boys Town, NE 68010


Chase
c/o Tiburon Financial
PO Box 770
Boys Town, NE 68010


Chase Bank
340 S. Cleveland Ave
Westerville, OH 43081


Chicago Department of Revenue
Accounts Receivable Division
121 N. LaSalle
Chicago, IL 60602


City of Chicago
8212 Innovation Way
Chicago, IL 60682


City of Chicago
c/o Goldman & Grant
205 W Randolph St., Ste. 1100
Chicago, IL 60606


City of Chicago
c/o Goldman & Grant
205 W. Randolph St., Ste. 1100
Chicago, IL 60606


City of Chicago
c/o Heller & Frisone LTD
33 N LaSalle St., Ste. 1200
Chicago, IL 60602

City of Chicago Dept of Revenue
Accounts Receivable Division
121 N Lasalle St, Room 107A
Chicago, IL 60602


Client Services, Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047


Colony LLC.AMC
c/o William Serritella, Jr.
330 N Wabash Ave #1700
Chicago, IL 60611


Colony, LLC
c/o William Serritella, Jr.
330 N Wabash Ave #1700
Chicago, IL 60611


Colony, LLC
c/o William Seritella, Jr.
330 N Wabash Ave #1700
Chicago, IL 60611


Credit Collection Services
Two Wells Ave.
Newton Center, MA 02459


Dale and Gensburg, PC
c/o Sandra Mertens
200 West Adams St., Ste. 2425
Chicago, IL 60606


Department of Water
PO Box 6330
Chicago, IL 60680-6330


Department Store National Bank
c/o ARS National Services
PO Box 463023
Escondido, CA 92046-3023


Department Store National Bank
c/o Plaza Recovery, Inc.
Houston, TX 77272-2188

Department Stores National Bank
c/o Northland Group
PO Box 390846
Minneapolis, MN 55439


Dept of Revenue
PO Box 88292
Chicago, IL 60680


Dept. of Business Affairs & Consume


Dsnb Bloom
Macy's Bankruptcy Dept.
9111 Duke Blvd.
Mason, OH 45040


Dsnb Macys
Po Box 8218
Mason, OH 45040


Edward Zubel
1526 W. Chicago Ave.
Chicago, IL 60642


Erickson Decorating Products
6040 N. Pulaski Rd
Chicago, IL 60846


Erickson Decorating Products
c/o Law Office of Vincent Vidmer
6955 W Armitage
Elmwood Park, IL 60707


Erie Insurance Co.
c/o Nedved Law Partners
345 North Canal, Suite 1208
Chicago, IL 60606


Farmer's Insurance
PO Box 0914
Carol Stream, IL 60132

FBCS Services
2200 Byberry Rd.
Ste. 120
Hatboro, PA 19040


FIA Card Services
c/o Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Firstsource Advantage
PO Box 628
Buffalo, NY 14240-0628


GC Services
6330 Gulfton
Houston, TX 77081


GE Capital Retail Bank
c/o Law Office of Ronald Schlosser
203 N. Wabash Avenue
Chicago, IL 60601


GE Money Bank/ABT
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076


Gemb/avb Buying Group
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Genetos Retson & Yoon
8585 Broadway #480
Merrillville, IN 46410


George Meyer
1528 N Lawler
Chicago, IL 60651


Global Credit & collection Corp.
300 International dr.
Suite 100
Williamsville, NY 14221

Goldman & Grant
205 W Randolph St., Ste. 1100
Chicago, IL 60606

Goral Construction, Inc.
c/o Chepov & Scott, LLC
5440 N. Cumberland Ave. #150
Chicago, IL 60656

Gorski Construction
c/o Licensed Collection Agency
6150 Milwaukee Ave.
Chicago, IL 60646

Greystone Recovery Group, Corp.
6150 N. Milwaukee Ave
Chicago, IL 60646

Harvard Collections
4839 N Elston Ave
Chicago, IL 60630

Heller & Frisone
33 N. LaSalle St.
#1200
Chicago, IL 60602-2603

Heritage Foundation
2347 W. Chicago Ave.
Chicago, IL 60622

Heritage Foundation
2347 W Chicago Ave.
Chicago, IL 60622

Horseshoe Casino Indiana
Hammond, IN

Hsbc Bank
Hsbc Card Services / Attn: Bankruptcy De
Po Box 5213
Carol Stream, IL 60197

I.C. System, Inc.
444 highway 96 East
PO Box 64887
Saint Paul, MN 55164


IDES
Chicago Region - Revenue
33 S. State, 10th Floor
Chicago, IL 60603


IL Dept of Employment Security
PO Box 3637
Springfield, IL 62708


Illinois Department of Revenue
Bankruptcy Section
100 W Randolph St Level 7-425
Chicago, IL 60106


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


IPFS Corporation
462 S. 4th St.
Louisville, KY 40202


IPFS Corporation
462 South 4th St.
Louisville, KY 40202


Jimmie Purnell
4824 W. Concord Pl
Chicago, IL 60639


Joel Nathan
219 S Dearborn St.
5th Floor
Chicago, IL 60604


John Z Construction
c/o Donald P. Scott, Ltd.
5440 N. Cumberland Ave. #138
Chicago, IL 60656

Joseph, Mann & Creed
20600 Chargrin Blvd
Suite 550
Beachwood, OH 44122


JPMorgan Chase - Legal Department
131 SOuth Dearborn St. Floor 5
Chicago, IL 60603


Kiley Brendan
c/o Kerry Lavelle
208 S LASALLE #1200
Chicago, IL 60604


Law Office of Roland Schlosser
203 N. Wabash Ave
Chicago, IL 60601


Law Office of Vincent R. Vidmer
6955 W. Armitage
Chicago, IL 60707


Legal Collectors Ltd
5440 N. Cumberland Ave
Chicago, IL 60656


LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Lucas Concrete, Inc.
c/o Sullivan Hincks & Conway
120 W. 22nd St., Ste. 100
Oak Brook, IL 60523


Mary L Perry
5919 S Laflin St.
Chicago, IL 60636


Mary L. Perry
5919 S. Laflin St.
Chicago, IL 60636

MB Financial Bank
P.O. Box 6261
Chicago, IL 60680-6261


MCM
Dept 12421
PO Box 603
Oaks, PA 19456


McMahan & Sigunick, Ltd
412 S. Wells St.
6th Floor
Chicago, IL 60607


Mercantile Adjustment Bureau
PO Box 9016
Buffalo, NY 14231


Meyer & Njus, P.A.
29 S. LaSalle St.
Suite 635
Chicago, IL 60603


Midland Funding
8875 Aero Drive, Suite 200
San Diego, CA 92123


Morgan & Associates
2601 NW Expressway
Suite 205 E
Oklahoma City, OK 73112


NCC Business Services, Inc.
9428 Baymeadows Rd, #200
Jacksonville, FL 32256


Northstar Location Services
4285 Genesee Street
Buffalo, NY 14225


OPS Certegy Bad Check
c/o The Bourassa Law Group
PO Box 28039
Las Vegas, NV 89126

Plaza Recovery Inc.
5800 North Course Dr.
Houston, TX 77072


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Portfolio Recovery Associates
PO Box 12903
Norfolk, VA 23541


Professional Bureau of Collections
PO box 628
Elk Grove, CA 95759


Provider's Investors
2347 W Chicago Ave.
Chicago, IL 60622


Retail Recovery Service
190 Moore St.
Suite 201
Hackensack, NJ 07601


Ridgestone Bank
13925 W. North Avenue
Brookfield, WI 53005


RMS
4836 Brecksville Rd.
P.O. Box 523
Richfield, OH 44286


Stellar Recovery Inc.
1845 Highway 93 South Suite 310
Kalispell, MT 59901


The Bourassa Law Group
PO Box 28039
Las Vegas, NV 89126

The Shindler Law Firm
1990 E. algonquin Rd.
Suite 180
Schaumburg, IL 60173


The Travelers Idemnity Company
c/o McMahan & Sigunick, LTD
412 S Wells St., 6th Floor
Chicago, IL 60607


Tiburon Financial LLC
218A S 108th Ave
Omaha, NE 68154


Transunion
PO Box 99506
Chicago, IL 60693


Trident Asset Manageme
5755 Northpoint Pkwy Ste
Alpharetta, GA 30022


TRS Recovery Services
PO Box 60022
City Of Industry, CA 91716


United Collection Bureau, Inc
5620 Southwyck Blvd
Suite 206
Toledo, OH 43614


Van Dinter & Associates
43525 Ridge Park Dr.
Temecula, CA 92590


Van Ru Credit Corporation
1350 E Touhy Ave
Suite 100E
Des Plaines, IL 60018-3307


VDA
43525 Ridge Park Dr., Ste. 300
Temecula, CA 92590

Victoria's Secret
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218


Viking Collection Service Inc.
PO Box 59207
Minneapolis, MN 55459


Weltman, Weinberg & Reis, CO., LPA
175 South 3rd St., Suite 900
Columbus, OH 43215


World Financial Network Nat'l Bank
PO Box 182124
Columbus, OH 43218-2124